

# UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF TENNESSEE

### ORDER OF PRODUCTION

|  |  |
|---|---|
| NO: | 1:04-cr-10030-01-T |
| USA v. | Kenneth Ray Vann |
| AD | Prosequendum |
| FOR: | Re-Sentencing |

**TO:** USM, Western District of TN
Warden, USP Lee, Lee County Penitentiary, Lee County Industrial Park, Hickory Flats Road, Pennington Gap, VA 24277

YOU ARE HEREBY COMMANDED to have the person of **KENNETH RAY VANN, Inmate # 19638-076,** by you restrained of his/her liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable James D. Todd, U. S. District Court Judge, for the Western District of Tennessee, at the room of said Court, in the **City of Jackson, Tennessee, at 8:45 a.m. on the 21st day of October, 2005**, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

ENTERED THIS 24th DAY OF August, 20 05.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8/26/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 1:04-CR-10030 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jimmy L. Croom
UNITED STATES ATTORNEY'S OFFICE
109 S. Highland Avenue
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT